IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA A. STRICKLIN,
ADC #138119                                                          PLAINTIFF

v.                          No. 5:13-cv-385-DPM-JTR

CYNTHIA REED,
Correctional Officer,
Varner Super Max                                                     DEFENDANT

## ORDER

Stricklin's unopposed motion to dismiss, № 44, is granted. FED. R. CIV. P. 41(a)(2). His motion for summary judgment, № 34, his motion for default judgment, № 36, and his motion for an extension, № 42, are denied as moot.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 June 2014