IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA A. STRICKLIN,
ADC #138119                                                                    PLAINTIFF

v.                              No. 5:13-cv-385-DPM

ARKANSAS DEPARTMENT OF
CORRECTION; CYNTHIA REED,
Correctional Officer, Varner Super
Max; and JUSTINE MINOR, Disciplinary
Hearing Judge, ADC                                                           DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice at Stricklin's request.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 June 2014